## WHITE v. STATE.
### I Div. 756.

Supreme Court of Alabama.
Dec. 14, 1933.

Thos. E. Knight, Jr., Atty. Gen., for the State.

ANDERSON, Chief Justice.

There is no bill of exceptions in this case, and no error appearing upon the record proper, the judgment of the circuit court is affirmed.

There was a motion for a change of venue which was overruled, but the action of the trial court cannot be reviewed as to this ruling in the absence of a bill of exceptions. Hawk v. State, 84 Ala. 6, 4 So. 283. It is sufficient to suggest, however, that a consideration of the affidavits incorporated in the record discloses a great weight against the defendant's charge that he could not get a fair trial in Mobile county.

The judgment of the circuit court is affirmed.

Affirmed.

All Justices concur.